District Judge James L. Robart
Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Petitioner-Plaintiff,<br><br>　　v.<br><br>DREW BOSTOCK, *et al.*,<br><br>　　　　　Respondents-<br>　　　　　Defendants. | Case No. C24-0326-JLR-SKV<br><br>STIPULATED MOTION TO EXTEND DEADLINE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>July 9, 2024 |

　　　　The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to extend Respondents' deadline to file a return to the habeas petition to July 29, 2024.  Dkt. 21. Respondents' current deadline to file a return is July 15, 2024.  Dkt. No. 20, Order for Return and Status Report, § 2241 Petition.

　　　　A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

STIPULATED MOTION
[Case No. C24-0326-JLR-SKV] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

The parties submit that there is good cause for the two-week extension of the deadline. Petitioner's next hearing date in her removal proceedings is scheduled for July 16, 2024. The results of the hearing may be determinative of how this litigation proceeds. Accordingly, an extension will allow the parties to confer, if appropriate, after the administrative hearing date and for Respondents to complete a return based on the posture of the administrative proceedings after the hearing.

Accordingly, the parties respectfully request that the Respondents' deadline to file a return be extended to July 29, 2024.

DATED this 9th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | GIBBS HOUSTON PAUW |
| TESSA M. GORMAN<br>United States Attorney | s/ Adam W. Boyd<br>ADAM W. BOYD, WSBA# 49849 |
| s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br><br>(253) 428-38<br>Email: michelle.lambert@usdoj.gov | 1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104<br>Phone: (206) 682-1080<br>Email: adam.boyd@ghp-law.net<br><br>RIGHTS BEHIND BARS<br><br>s/ Oren Nimni<br>OREN NIMNI*, MA # 691821<br>416 Florida Avenue, NW #26152<br>Washington, DC 20001<br>Phone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>*Pro Hac Vice |
| Attorneys for Defendants | Attorneys for Plaintiff |

**I certify that this memorandum contains 203 words, in compliance with the Local Civil Rules.**

/ / /

/ / /

STIPULATED MOTION
[Case No. C24-0326-JLR-SKV] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[~~PROPOSED~~] ORDER**

For good cause, Respondents' deadline to file a return is extended to July 29, 2024.  It is so **ORDERED**.

DATED this 10th day of July, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION
[Case No. C24-0326-JLR-SKV] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800