District Judge James L. Robart
Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>          Petitioner-Plaintiffs,<br><br>     v.<br><br>DREW BOSTOCK, *et al.*,<br><br>          Respondents-<br>          Defendants. | Case No. C24-0326-JLR-SKV<br><br>STIPULATED MOTION TO EXTEND DEADLINE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>July 26, 2024 |

    The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to extend Respondents' deadline to file a return to the habeas petition to August 28, 2024. This Court has extended this deadline once before and Respondents' current deadline to file a return is July 29, 2024. Dkt. No. 22, Order. Good cause exists for a second extension of this deadline to August 28, 2024.

    A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

STIPULATED MOTION
[Case No. C24-0326-JLR-SKV] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Since the parties' last filing, the Immigration Judge issued a final order of removal and Petitioner waived appeal. Petitioner has filed an application with U.S. Citizenship and Immigration Service ("USCIS") that may allow her to remain in the United States. She has also submitted a request to U.S. Immigration and Customs Enforcement ("ICE") for an administrative stay of her removal. ICE requires a preliminary determination from USCIS before it can decide this request. Accordingly, an extension will provide the time for the agencies to process and save resources of the parties and this Court.

Accordingly, the parties respectfully request that the Respondents' deadline to file a return be extended to August 28, 2024.

DATED this 26th day of July, 2024.

Respectfully submitted,

| TESSA M. GORMAN | RIGHTS BEHIND BARS |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | *s/ Oren Nimni*<br>OREN NIMNI*, MA #691821<br>416 Florida Avenue, NW #26152 |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br><br>(253) 428-38<br>Email:  michelle.lambert@usdoj.gov | Washington, DC 20001<br>Phone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>*Pro Hac Vice<br><br>GIBBS HOUSTON PAUW<br><br>*s/ Adam W. Boyd*<br>ADAM W. BOYD, WSBA #49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104<br>Phone: (206) 682-1080<br>Email:  adam.boyd@ghp-law.net |
| *Attorneys for Respondents-Defendants.* | *Attorneys for Petitioner-Plaintiffs* |

**I certify that this memorandum contains 236 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION
[Case No. C24-0326-JLR-SKV] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[~~PROPOSED~~] ORDER**

For good cause, Respondents' deadline to file a return is extended to **August 28, 2024**. It is so **ORDERED**.

DATED this 29th day of July, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION
[Case No. C24-0326-JLR-SKV] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800