District Judge James L. Robart
Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE., <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> DREW BOSTOCK, *et al.*, <br><br> Respondents-Defendants. | Case No. 2:24-cv-00326-JLR-SKV <br><br> STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER <br><br> Noted for Consideration: <br> August 15, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Petitioner-Plaintiff Jane Doe has been released from custody.

//

//

//

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00326-JLR-SKV] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 15th day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | RIGHTS BEHIND BARS |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:     (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Oren Nimni*<br>OREN NIMNI*, MA #691821<br>416 Florida Avenue, NW #26152<br>Washington, DC 20001<br>Phone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>*Pro Hac Vice |
| *Attorneys for Respondents-Defendants*<br><br>**I certify that this memorandum contains 35 words, in compliance with the Local Civil Rules.** | GIBBS HOUSTON PAUW<br><br>*s/ Adam W. Boyd*<br>ADAM W. BOYD, WSBA #49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104<br>Phone: (206) 682-1080<br>Email:  adam.boyd@ghp-law.net<br><br>*Attorneys For Petitioner-Plaintiffs* |

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00326-JLR-SKV] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this   16th   day of         August          , 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00326-JLR-SKV] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800